IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BERES,

        Plaintiff,

 v.

MATTHEW KATES, Secretary, California Department of Corrections, et al.,

        Defendants.

                                       /

No. CV-08-4683 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    1. Summary judgment is hereby GRANTED in favor of all defendants.

    2. Plaintiff's supplemental state law claims alleging inadequate medical care are hereby DISMISSED without prejudice to plaintiff's raising those claims in state court.

Dated: March 16, 2011

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk